In the Matter of FIRST TRUST & DEPOSIT COMPANY, as Executor of JACOB PETERS, Deceased, et al., Appellants, against STATE TAX COMMISSION et al., Respondents.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.